## STATEMENT OF FACTS

On Tuesday, March 10, 2026, at approximately 12:30 am, U.S. Park Police (USPP) Detective Sergeant Kadiev was operating an unmarked police cruiser in the area of New York Avenue and V Street, NE, Washington DC, and saw a ███████████████████ ████████████████. Detective Sergeant Kadiev, from prior knowledge, knew that the tag displayed did not return to an Acura.[1]

Detective Sergeant Kadiev is aware that Acura vehicles have been specifically sought out and targeted for theft based on ease of exploitation by key reprogramming devices. Further, Detective Sergeant Kadiev is aware that individuals who steal cars will often modify, obscure, or replace the license plates on stolen vehicles to hinder/inhibit law enforcement investigations. Detective Sergeant Kadiev has been involved in both the recovery of stolen Acuras and stolen vehicles where the displayed license plate was not the one assigned to the vehicle. Detective Sergeant Kadiev has been involved in numerous cases where stolen vehicles are used to commit further crimes, including crimes of violence involving firearms. Detective Sergeant Kadiev was also aware that the car that Suspect-1 drove was a higher-end Acura model and worth in excess of $25,000.

Detective Sergeant Kadiev followed the vehicle from afar without losing sight of the vehicle and then followed the vehicle so that she was in a position to clearly read the temp tag and confirm through dispatch that the ██████████████████████, returned to a 2025 Honda.

---

[1] In a U.S. Park Police report filed for this case on March 11, 2026, the affiant stated in the report that she "knew that the tag displayed did return to an Acura." This was a Scrivner's error. She meant to say that she knew that the tag displayed did **not** return to an Acura.

1



**Figure 1: Yellow cross indicates where Detective Sergeant Kadiev first saw Suspect-1 driving the Acura. Yellow arrow indicates the direction Detective Sergeant Kadiev followed Suspect-1 into Maryland.**



**Figure 2:** ███████████████████████████████ **captured on Metropolitan Police Department crime camera southbound on South Dakota Avenue at 33rd Street, Northeast, Washington, D.C. at 12:32 hours on March 10, 2026.**



**Figure 3: Route of Suspect -1 from D.C. until his arrest in Maryland.**

Detective Sergeant Kadiev requested aerial support from USPP's Aviation unit and continued to follow the Acura from a distance while awaiting additional units. The Acura continued southbound on I-495. The Acura appeared to be taking evasive measures, such as crossing over a double yellow line, switching lanes erratically and exiting then re-entering I-495 in order to detect if it was being followed.

On I-495, north of Medical Center Drive, the Acura accelerated to a high rate of speed and was cutting in and out of traffic through multiple lanes, posing a risk to public safety. Detective Sergeant Kadiev activated her emergency lights and sirens and the Acura continued to flee at a high rate of speed and exited southbound onto Rt 214, Central Avenue. At Central Avenue and Hampton Park Blvd, the Acura became stuck in traffic and could not continue further. The driver, Suspect-1, then appeared to intentionally strike the van directly in front of it in an attempt to push the vehicle out of the way. Detective Sergeant Kadiev then used her cruiser to immobilize the Acura and prevent Suspect-1 from intentionally striking the traffic around him. Suspect-1 was the

3

sole occupant of the vehicle and exited from the driver's seat and fled on foot towards Hampton Park Blvd. Detective Sergeant Kadiev saw Defendant Cherry holding a black object in front of him with both hands as he ran.

Suspect-1 was apprehended by Detective Sergeant Kadiev at the rear of 55 Hampton Park Blvd., Capitol Heights, MD. Detective Sergeant Kadiev noticed that the black object was no longer in Suspect-1's possession. It should be noted that Suspect-1 did not have a cell phone in his possession and his cell phone was on the driver's side floorboard. While Detective Sergeant Kadiev was in pursuit of Suspect-1, Witness 1 (W1), whose identity is known to law enforcement, flagged down Prince George's County Sherriff's Cpl. Minchella and Sgt. Romanchick. W1 told officers that he observed Suspect-1 running with a gun in front of him and observed Suspect-1 drop the gun in front of 23 Hampton Park Blvd while running. Officers responded to 23 Hampton Park Blvd., where they located and recovered the firearm, a black Glock 29, 10mm, Serial #BZCX353, with one round of ammunition in the chamber and 9 rounds of ammunition in the magazine.

The period from when Detective Sergeant Kadiev first observed the defendant in the area of New York Avenue NE and V Street NE, Washington, D.C. to when Det. Sergeant Kadiev apprehended Suspect-1 in the rear of 55 Hampton Park Blvd, Capitol Heights, MD was a continuous set of events during which Detective Sergeant Kadiev never lost sight of Suspect-1. Additionally, during the time period from when Detective Sergeant Kadiev first observed the Acura in Washington, D.C. until when the Acura was stopped in Capitol Heights, MD, Suspect-1 was the only occupant of the Acura. Thus, there is probable cause to believe that Suspect-1 was in constructive possession of the firearm when he was the sole occupant of the Acura in Washington, D.C. during the start of the continuous chain of events.

A check of the ██████████████████████████, revealed that it was stolen from Prince

4

George's County, Maryland on February 9, 2026 (CCN: 26-0006954). The Acura had obvious damage to the driver's door handle and locking mechanism and was held together by tape. The key fob recovered was an aftermarket Autel fob commonly used with stolen vehicles with reprogrammed keys. The Virginia temporary tag and registration were fraudulently manufactured.

While detained, Suspect-1 when asked his identity, self-identified himself as Anthony Cherry (hereinafter Defendant Cherry), which was later confirmed by fingerprint analysis. Defendant Cherry had an open warrant through District Court for Prince George's County (D05CR24017557) for First Degree Assault issued on July 26, 2024.

The Maryland Gun Center was contacted, and it was revealed that Defendant Cherry was convicted of Second-Degree Assault on February 19, 2009, in Circuit Court for Prince Georges County, case number CT081626X. There, he was sentenced to 10 years' imprisonment with 5 years suspended. On December 18, 2015, Defendant Cherry was convicted of First-Degree Assault and Use of Handgun During a Crime of Violence in Circuit Court for Prince Georges County, case number CT090886X. There, he was sentenced to concurrent terms of 10 years' imprisonment with 5 years suspended. On February 7, 2020, Defendant Cherry was convicted of Firearm Possession w/Felony Conviction, in Circuit Court for Calvert County, case number C04CR19000035. There, he was sentenced to 13 years, 4 months' imprisonment with all but 1 year suspended. As such, on the date of his arrest in the instant case, Defendant Cherry was aware that he had been previously convicted of a crime that was punishable by more than a year. This conviction also made Defendant Cherry ineligible to have a concealed pistol carry permit in the District of Columbia.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce while it was in the District of Columbia before they were recovered in Capitol Heights, Maryland.

5

_Yeliz Kadiev_

Yeliz Kadiev #1045
Detective Sergeant
United States Park Police
Criminal Investigations - Major Crimes Unit

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of March 2026.*

THE HONORABLE MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE